UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRETT ALAN HODSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. CIV-26-09-R ) |
| US COURT WESTERN DISTRICT, | ) ) |
| Defendant. | ) |

### ORDER

Before the Court is a pro se Amended Complaint filed by Plaintiff against US Court Western District. Pursuant to the inherent power to manage its docket, the Court has reviewed the Amended Complaint and finds that it should be dismissed without prejudice for failure to state a claim.

Federal Rule of Civil Procedure 8(a)(2) requires a pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." This requirement "serves the important purpose of requiring plaintiffs to state their claims intelligibly so as to inform the defendants of the legal claims being asserted." *Mann v. Boatright*, 477 F.3d 1140, 1148 (10th Cir. 2007). This standard "does not require 'detailed factual allegations,' but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007)). "[C]onclusory allegations without supporting factual

averments are insufficient to state a claim on which relief can be based." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Amended Complaint is devoid of a coherent factual basis for any cognizable claim and therefore fails to state a claim. Accordingly, the Amended Complaint is DISMISSED without prejudice. The referral of Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs is withdrawn, the Report and Recommendation [Doc. No. 12] is denied as moot, and Plaintiff's Application to Proceed IFP [Doc. No. 2] is denied as moot.

IT IS SO ORDERED this 18th day of February, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE